DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MEHMET TUGCU,**
Appellant,

v.

**TOD MARTIN,**
Appellee.

No. 4D17-560

[October 19, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE14-002632.

Mehmet Tugcu, Plantation, pro se.

Richard H. Gaines of The Gaines Law Firm, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and LEVINE, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*